DREIER LLP
Paul Traub, Esq. (PT3752)
Steven E. Fox, Esq. (SF5432)
Wendy G. Marcari, Esq. (WM8494)
Brett J. Nizzo, Esq. (BN9463)
Attorneys for the Debtors
499 Park Avenue
New York, NY 10022
Telephone: (212) 652-3742
Facsimile: (212) 652-3863

- And -

SAUL EWING LLP
Mark Minuti, Esq. (2659)
Patrick Joseph Reilly, Esq. (4451)
Attorneys for the Debtors
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6873
Facsimile: (302) 421-5879

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Domain, Inc., **et al.**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 08-10132 (PJW)<br><br>(Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES

---

[1] The Debtors are Domain, Inc. and Domain Home Holding Company LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: <u>Domain Home Holding Company LLC</u>

Case No. **08-10133 (PJW)**
Chapter 11

## GENERAL NOTES REGARDING
## THE SCHEDULES OF ASSETS AND LIABILITIES

1. <u>Current Market Value</u> - It would be prohibitively expensive and unduly burdensome to obtain current market veluations of the property interests of Domain Home Holding Company LLC ("the Debtor"). Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Schedules of Assets and Liabilities (the "SOAL").

2. <u>Claims</u> - The Debtor has obtained certain orders of the Bankruptcy Court that authorized the Debtor to pay prepetition obligations to specified creditors. The amount for which any claim listed on the SOAL may be allowed for any purposes in this Chapter 11 case shall be net of any post-petition payments made to such creditor as authorized by the Bankruptcy Court.

3. <u>Claims Description</u> - The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the SOAL as to amount, liability or classification. Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on the SOAL as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection.

4. <u>Accuracy</u> - While every effort has been made to file a complete and accurate SOAL, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend its SOAL as necessary and appropriate.

5. <u>Causes of Action</u> - The Debtor reserves all of its rights with respect to any causes of action (whether known or in inchoate) that it may have and neither these notes nor the SOAL shall be deemed a waiver of any such causes of action

6. <u>Date</u> - The Debtor commenced the above-referenced Chapter 11 case on January 18, 2008 at the end of the business day (the "Commencement Date"). Except as otherwise noted, the values are representative of the financial values as of the Commencement Date.

# UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF DELAWARE

In re: DOMAIN HOME HOLDING COMPANY LLC

Case No. 08-10133 (PJW)
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

## AMOUNTS SCHEDULED

| Name of Schedule | Attached (Yes/No) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A. Real Property | | | | | |
| B. Personal Property | YES | 7 | $1,000.00 | | |
| C. Property Claimed as Exempt | | | | | |
| D. Creditors Holding Secured Claims | YES | 2 | | $0.00 | |
| E. Creditors Holding Unsecured Priority Claims | YES | 3 | | $0.00 | |
| F. Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $0.00 | |
| G. Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H. Co-Debtors | YES | 1 | | | |
| I. Current Income of Individual Debtor(s) | | | | | |
| J. Current Expenditures of Individual Debtor(s) | | | | | |
| Total # of Sheets, All Schedules | | 17 | | | |
| Total Assets | | | $1,000.00 | | |
| Total Liabilities | | | | $0.00 | |

In re: DOMAIN HOME HOLDING COMPANY LLC          Case No. 08-10133 (PJW)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property of the debtor has any legal, equitable, or future interest, including all property owned as a co-tenent, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Propety."

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lein or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claims"

If the Debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|---|
| DESCRIPTION | LOCATION | | | | |
| NONE | | | | $0.00 | Unknown |
| | | TOTAL: | | $ 0.00 | |

1

In re: DOMAIN HOME HOLDING COMPANY LLC   Case No. 08-10133 (PJW)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this Schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give Particulars. (File Separately the records of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE EXHIBIT B-13 | | $1,000 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |

In re: DOMAIN HOME HOLDING COMPANY LLC                                    Case No. 08-10133 (PJW)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | **TOTAL PERSONAL PROPERTY ASSETS:** | | $ 1,000 |

# SCHEDULE B - PERSONAL PROPERTY
### EXHIBIT B-13
### STOCK AND INTEREST IN INCORPORATED AND UNINCORPORATED BUSINESSES
(Balance as of 01/18/2008 )

| ENTITY | DESCRIPTION OF PROPERTY | ADDRESS | % OF OWNERSHIP | NET BOOK VALUE |
|---|---|---|---|---|
| Domain, Inc. | 3750 shares of common stock | 51 Morgan Drive<br>Norwood, MA 02062 | 75% | $1,000.00 |
|  |  |  | TOTAL: | $ 1,000.00 |

In re: DOMAIN HOME HOLDING COMPANY LLC                            Case No. 08-10133 (PJW)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and creditor and maybe provided if the debtor choses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| NO LISTINGS FOR SCHEDULE D | | | | | | | | |

In re: DOMAIN HOME HOLDING COMPANY LLC                    Case No. 08-10133 (PJW)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if the debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below if claims in that category are included on the attached sheets

☐ Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such child,or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507 (a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtors business or financial affairs after the commencement of the case but before the earlier appointment of a trustee or the order for relief. 11 U.S.C § 507 (a)(3).

☐ Wages, salaries, and commisions

Wages, salaries, and commisions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $10,950 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C § 507 (a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately proceeding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(5).

☐ Certain farmers and fishermen

Claims of certain farmers or fishermen, up to a maximum of $5,400 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(6).

☐ Deposits by individuals

Claims of individuals up to a maximum of $2,425 for deposits for the purchase, lease, or rental of property or services for personal family or household use, that were not delivered or provided. 11 U.S.C. § 507 (a)(7).

☐ Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a)(8).

☐ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | DISPUTED | UNLIQUIDATED | AMOUNT OF CLAIM | ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| NO LISTINGS FOR SCHEDULE E | | | | | | | | |

In re: DOMAIN HOME HOLDING COMPANY LLC                                    Case No. 08-10133 (PJW)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | DISPUTED | UNLIQUIDATED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NO LISTINGS FOR SCHEDULE F | | | | | | | |

In re: DOMAIN HOME HOLDING COMPANY LLC  Case No. 08-10133 (PJW)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NO LISTINGS FOR SCHEDULE G | |

In re: DOMAIN HOME HOLDING COMPANY LLC                    Case No. 08-10133 (PJW)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NO LISTINGS FOR SCHEDULE H | |

In re: **Domain Home Holding Company LLC**　　　　　　　　　　　　　　　　　　　Case No. **08-10133 (PJW)**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of Domain Home Holding Company LLC, named as debtor in this case, declare under penalty that I have read the foregoing summary and schedules, consisting of 17 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: March 3, 2008　　　　　　　Domain Home Holding Company LLC,
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Gary A. Nacht
　　　　　　　　　　　　　　　　Chairman

Penalty for making a false statement or concealing property: *Fine of up to $500,000 or imprisonment for up to 5 years or both.* 18 U.S.C. §§ 152 and 3571.