DREIER LLP
Paul Traub, Esq. (PT3752)
Steven E. Fox, Esq. (SF5432)
Wendy G. Marcari, Esq. (WM8494)
Brett J. Nizzo, Esq. (BN9463)
Attorneys for the Debtors
499 Park Avenue
New York, NY 10022
Telephone: (212) 652-3742
Facsimile: (212) 652-3863

- And -

SAUL EWING LLP
Mark Minuti, Esq. (2659)
Patrick Joseph Reilly, Esq. (4451)
Attorneys for the Debtors
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6873
Facsimile: (302) 421-5879

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Domain, Inc., **et al.**[1]<br><br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.　08-10132 (PJW)<br><br>(Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES**

---

[1] The Debtors are Domain, Inc. and Domain Home Holding Company LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: **Domain, Inc.**                                                        Case No.   **08-10132 (PJW)**
                                                                                                                    Chapter     11

## GENERAL NOTES REGARDING
## THE SCHEDULES OF ASSETS AND LIABILITIES

1. <u>Current Market Value</u> -  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the property interests of Domain, Inc. ("the Debtor").  Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Schedules of Assets and Liabilities (the "SOAL").

2. <u>Claims</u> - The Debtor has obtained certain orders of the Bankruptcy Court that authorized the Debtor to pay prepetition obligations to specified creditors.  The amount for which any claim listed on the SOAL may be allowed for any purposes in this Chapter 11 case shall be net of any post-petition payments made to such creditor as authorized by the Bankruptcy Court.

3. <u>Claims Description</u> - The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the SOAL as to amount, liability or classification.  Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a claim on the SOAL as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection.

4. <u>Accuracy</u> - While every effort has been made to file a complete and accurate SOAL, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend its SOAL as necessary and appropriate.

5. <u>Causes of Action</u> - The Debtor reserves all of its rights with respect to any causes of action (whether known or in inchoate) that it may have and neither these notes nor the SOAL shall be deemed a waiver of any such causes of action

6. <u>Date</u> - The Debtor commenced the above-referenced Chapter 11 case on January 18, 2008 at the end of the business day (the "Commencement Date").  Immediately preceding the Commencement Date, in order to establish a clear cut-off between pre- and post-petition payables for the purposes of the automatic stay and to facilitate proper compliance with GAAP reporting requests, The Debtor instituted a month-end closing of its books.  Except as otherwise noted, the values are representative of the financial values as of the Commencement Date.

# UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF DELAWARE

In re: Domain, Inc.

Case No. 08-10132 (PJW)
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

## AMOUNTS SCHEDULED

| Name of Schedule | Attached (Yes/No) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A. Real Property | YES | 55 | $5,800,256.57 | | |
| B. Personal Property | YES | 1713 | $14,621,543.98 | | |
| C. Property Claimed as Exempt | | | | | |
| D. Creditors Holding Secured Claims | YES | 4 | | $9,119,133.33 | |
| E. Creditors Holding Unsecured Priority Claims | YES | 409 | | $3,308,115.35 | |
| F. Creditors Holding Unsecured Nonpriority Claims | YES | 133 | | $7,458,968.90 | |
| G. Executory Contracts and Unexpired Leases | YES | 7 | | | |
| H. Co-Debtors | YES | 1 | | | |
| I. Current Income of Individual Debtor(s) | | | | | |
| J. Current Expenditures of Individual Debtor(s) | | | | | |
| Total # of Sheets, All Schedules | | 2322 | | | |
| Total Assests | | | $20,421,800.55 | | |
| Total Liabilities | | | | $19,886,217.58 | |